REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**          Under Seal: Yes _____ No _X_          **Judge Assigned:** _____

City _____ Superseding Indictment     No          **Criminal Number:** _____

County/Parish  Newport News  Same Defendant          yes          New Defendant     No _____

                           Magistrate Judge Case Number _____ **Arraignment Date:** _____

                           Search Warrant Case Number _____

                           R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No _X_  FBI # _____

Defendant Name: Carl Randall Upton, Jr._____          **Alias Name(s)** _____

Address: _____

Employment: _____

Birth date 06/1972_  SS# 0497_     Sex _M_  **Def** Race  _B_____     Nationality  US_____  Place of Birth _____

Height _____ Weight ____  Hair Black____  Eyes BR___    Scars/Tattoos _____

   Interpreter:_X_ No ____Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody     ___On Pretrial Release          ___Not in Custody

_X_Arrest Warrant Requested     ___Fugitive          ___Summons Requested

___Arrest Warrant Pending     _X_Detention Sought          ___Bond _____

**Defense Counsel Information:**

Name: _____ _____Court Appointed

Address: _____ _____Retained

Telephone: _____ _____Public Defender

                           _____Office of Federal Public Defender should not be appointed due to conflict of interest

_____ _____CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt_____     Telephone No:   591-4000_____     Bar #35765_____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Alex Cava

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 19 USC 1343 | Wire Fraud | 1-3 | felony |
| Set 2 | | | | felony |
| Set 3 | | | | felony |
| Set 4 | | | | felony |