MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)    FILED IN OPEN COURT

DATE: 4/27/26 @ 1:18pm

TAPE: FTR

TIME IN COURT: 40 minutes

MAGISTRATE JUDGE    LAWRENCE SOMMERFELD    COURTROOM DEPUTY CLERK: UZMA WIGGINS

CASE NUMBER: 1:26-mj-488    DEFENDANT'S NAME: Carl Randall Upton, Jr.

AUSA: Katie Terry    DEFENDANT'S ATTY: Ross Brockway

USPO / PTR: _____    ( ) Retained    ( ) CJA    (✓ FDP)    ( ) Waived

✓ ARREST DATE 4/23/26

✓ Initial appearance hearing held.    ✓ Defendant informed of rights.

Interpreter sworn: _____

## COUNSEL

✓ ORDER appointing Federal Defender as counsel for defendant. (For IA/Removal Only)

ORDER appointing _____ as counsel for defendant.

ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

✓ Defendant WAIVES identity hearing.    WAIVER FILED _____

Identity hearing HELD.    Def is named def. in indictment/complaint; held for removal to other district.

✓ Defendant WAIVES preliminary hearing in this district only.    WAIVER FILED _____

Preliminary hearing HELD.    Probable cause found; def. held to District Court for removal to other district

Commitment issued. Detention hearing to be held in charging district

## BOND/PRETRIAL DETENTION HEARING

Government motion for detention filed .    @

Pretrial hearing set for    @    ()    In charging district.)

Bond/Pretrial detention hearing held.

Government motion for detention    ( ) GRANTED    ( ) DENIED

Pretrial detention ordered.    Written order to follow.

√ BOND set at _____        NON-SURETY        SURETY

_____ cash        _____ property        _____ corporate surety ONLY

√ SPECIAL CONDITIONS: (See Bond Paperwork) _____

---

√ Defendant released.

_____ Bond not executed.    Defendant to remain in Marshal's

custody.

_____ Motion    (   verbal)    to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond        GRANTED        DENIED
                                              _____          _____

_____ See page 2


Page 2                    Defendant:                Case No.:
                          _____         _____
                          _____


**WITNESSES:**

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBITS:**

_____

_____

_____

_____

_____

_____

_____

Original Exhibits          RETAINED by the Court          RETURNED to counsel

_____                              _____

FILED IN OPEN COURT

U.S.D.C. - Atlanta

APR 2 7 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Georgia

United States of America                  )
                                           )
v.                                         )   Case No. 1:26-mj-0488
                                           )
                                           )   Charging District's Case No.   4:26-CR-33
CARL RANDALL UPTON, JR.                     )
*Defendant*                                )

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

Eastern District of Virginia _____ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐ ✓   a detention hearing.

☑     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   04/27/2026          _____
                                        *Defendant's signature*

                            _____
                                  *Signature of defendant's attorney*

                                        Ross Brockway
                            *Printed name of defendant's attorney*

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 2 7 2026

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.

CARL RANDALL UPTON, JR.

    Defendant.

CRIMINAL ACTION FILE NO.

1:26-MJ-488

## ORDER APPOINTING COUNSEL

### ROSS BROCKWAY (IA and Removal Only)

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.,** is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 27th day of April, 2026.

Lawrence R. Sommerfeld
United States Magistrate Judge

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 2 7 2026

KEVIN R WEIMER, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Carl Randall Upton, Jr. | ) | Case No. 1:26-MJ-488 |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Carl Randall Upton, Jr. _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __25,000.00__ .

( ) (3) This is a secured bond of $ _____ , secured by:

( ) (a) $ _____ , in cash deposited with the court.

( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: __4/27/2026__

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

### CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: __2026-04-27__

_____R Sonfeld_____
*Judge's signature*

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Carl Randall Upton, Jr. | ) | Case No.   1:26-MJ-488 |
| | ) | |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

     The defendant must appear at: _____

<em>Place</em>

_____

on  _____

<em>Date and Time</em>

     If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____

*Custodian* *Date*

( ☑ ) (7) The defendant must:

( ☑ ) (a) submit to supervision by and report for supervision to the __U.S. Pretrial Services Office__ ,
telephone number _____ , no later than IMMEDIATELY _____ .

( ☑ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☑ ) (d) surrender any passport to: __U.S. Pretrial Services Office__ _____

( ☑ ) (e) not obtain a passport or other international travel document.

( ☐ ) (f) abide by the following restrictions on personal association, residence, or travel: _____

( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☑ ) (k) not possess a firearm, destructive device, or other weapon.

( ☑ ) (l) not use alcohol ( ☐ ) at all ( ☑ ) excessively.

( ☑ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( ☑ ) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.

( ☐ ) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.

( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

( ☐ ) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component (**check one**):

( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☑ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

( ☐ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

## ADDITIONAL CONDITIONS OF RELEASE

(ii) submit to the following location monitoring technology (**check one**):

( ☐ ) (1) Location monitoring technology as directed by the pretrial services or supervising officer; or

( ☐ ) (2) GPS; or

( ☐ ) (3) Radio Frequency; or

( ☐ ) (4) Voice Recognition; or

( ☐ ) (5) Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii) ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ ) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (s) Defendant's travel is restricted to the Northern District of Georgia and Western District of Texas _____ unless the supervising officer has approved travel in advance.

Special Conditions:

Comply with prohibitions on unwanted sexual contact with any person.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

A+L Georgie
_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 2026-04-27       _La R Sommerfeld_____
                                             Judicial Officer's Signature

LAWRENCE R. SOMMERFELD, U.S. MAGISTRATE JUDGE
_____
Printed name and title

DISTRIBUTION:    COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:26-mj-00488-LRS All Defendants

Case title: USA v. Upton, Jr.

Date Filed: 04/27/2026

Other court case number: 4:26cr33 USDC - Eastern District of
Virginia

Date Terminated: 04/27/2026

Assigned to: Magistrate Judge Lawrence
R. Sommerfeld

## Defendant (1)

| | | |
|---|---|---|
| **Carl Randall Upton, Jr.**<br>*TERMINATED: 04/27/2026* | represented by | **Ross Brockway**<br>Federal Defender Program<br>101 Marietta Street Northwest<br>Suite 1500<br>Atlanta, GA 30303<br>470-454-6538<br>Fax: 404-688-0768<br>Email: ross_brockway@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1343 and 2 - WIRE FRAUD | |

---

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Katherine Irene Terry**<br>Office of the United States Attorney-ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404-581-6000<br>Email: katie.terry@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2026 | | Arrest (Rule 5(c)(3)) of Carl Randall Upton, Jr. (gww) (Entered: 04/29/2026) |
| 04/27/2026 | 1 | Minute Entry for proceedings held before Magistrate Judge Lawrence R. Sommerfeld: Initial Appearance in Rule 5(c)(3) Proceedings as to Carl Randall Upton, Jr. held on 4/27/2026, Defendant waives Preliminary Hearing. Waiver filed., Bond Hearing as to Carl Randall Upton, Jr. (Attachments: # 1 Arrest Warrant, # 2 Indictment) (Tape #FTR) (gww) (Entered: 04/29/2026) |
| 04/27/2026 | 2 | WAIVER of Rule 5 & 5.1 Hearings by Carl Randall Upton, Jr. (gww) (Entered: 04/29/2026) |
| 04/27/2026 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Ross Brockway (IA and Removal Only) as to Carl Randall Upton, Jr. Signed by Magistrate Judge Lawrence R. Sommerfeld on 4/27/2026. (gww) (Entered: 04/29/2026) |
| 04/27/2026 | 4 | Unsecured Bond on Rule 5(c)(3) Entered as to Carl Randall Upton, Jr. in amount of $25,000. (gww) (Entered: 04/29/2026) |
| 04/27/2026 | 5 | ORDER Setting Conditions of Release as to Carl Randall Upton, Jr. Signed by Magistrate Judge Lawrence R. Sommerfeld on 4/27/2026. (gww) (Entered: 04/29/2026) |
| 04/27/2026 | 6 | CJA 23 Financial Affidavit by Carl Randall Upton, Jr. (gww) (Entered: 04/29/2026) |
| 04/27/2026 | 7 | Magistrate Case Closed. Defendant Carl Randall Upton, Jr. terminated. (gww) (Entered: 04/29/2026) |
| 04/29/2026 | | Notice to USDC - Eastern District of Virginia of a Rule 5 or Rule 32 Initial Appearance as to Carl Randall Upton, Jr.. Your case number is: 4:26cr33. The following documents are available on the public docket: 2 Waiver of Rule 5 Hearings, 6 Financial Affidavit - CJA23, 4 Bond on Rule 5(c)(3), 5 Order Setting Conditions of Release, 1 Initial Appearance - Rule 5(c)(3),, Defendant Waives Preliminary Hearing,, Bond Hearing, 3 Order Appointing Public Defender. The clerk will transmit any restricted document via email. To request additional transfer information, please send a request to InterdistrictTransfer_GAND@gand.uscourts.gov. (gww) (Entered: 04/29/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/29/2026 14:15:00 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:26-mj-00488-LRS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |