**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Newport News Division

UNITED STATES OF AMERICA

v.

CARL RANDALL UPTON, JR.,

Defendant.

Case No. 4:26-cr-33

# TRIAL SCHEDULING ORDER

With respect to the jury trial in this case scheduled to begin on November 17, 2026, at 10:00 a.m., the Court **ORDERS** as follows:

## I. Jury Trial

On the first day of trial, jury selection will begin at 10:00 a.m. The parties are expected to be present on the first day of trial at 9:30 a.m. to address any outstanding matters. If the trial requires more than one day, the Court will begin trial at 10:00 a.m. on each subsequent day. Counsel should be present by 9:45 a.m., unless otherwise informed by the Court.

Subject to the exigencies of the case, the Court will typically take a lunch recess from 1:00 p.m. to 2:00 p.m. and recess between 5:00 p.m. and 5:30 p.m. daily.

## II. Motions in Limine

To ensure efficient litigation of the case, the parties shall, absent good cause shown, file motions in limine **not later than 21 days before trial**. Responses are due within seven days.

## III. Trial Brief

In complex matters, the Court encourages, but does not require, the parties to file a trial brief setting forth their view of the case and the elements of the offense(s) charged. The trial brief should also identify any unique evidentiary issues that may arise during the trial, along with any authority pertaining to the issue.

## IV. Voir Dire

Counsel for each party shall file any proposed voir dire **not later than seven days before trial.** Counsel shall also provide a copy of the proposed voir dire in Microsoft Word format via email to chambers.

## V. Jury Instructions

Attached to this Scheduling Order is a proposed set of standard jury instructions that Judge Walker will give in every criminal case (absent specific circumstances of the case). **Not later than seven days before trial**, the parties shall each file a set of additional proposed jury instructions they wish to be included in the jury charge, including those related to the substantive offense(s). For ease of reference, the government is directed to number (e.g., 1, 2, 3) their proposed jury instructions, and the defendant is directed to letter (e.g., A, B, C) their proposed jury instructions.

**Not later than three days before trial**, the parties should each file a brief containing their stated objections, if any, to those jury instructions proposed by the Court and those instructions proposed by the other party. The parties should each file a brief containing the stated objections and argument supporting alternative instructions, if any. These briefs are not to exceed five pages absent leave of Court. Any objections to the Court's proposed standard instructions not made by this deadline will be considered waived.

For the parties additional proposed jury instructions, copies with and without citations should be provided. In addition to the electronically filed versions, the parties are directed to supply versions of their proposed instructions in Microsoft Word format, which should be emailed to chambers.

As the trial commences, the parties may submit supplemental proposed jury instructions or withdraw previously proposed instructions based on the evidence and rulings in the case.

The Court will instruct the jury prior to closing arguments and provide copies of the final set of jury instructions to the parties and to the jury for its use during deliberations.

## VI. Verdict Form

The parties are directed to file a proposed verdict form at or before the conclusion of the government's case. The parties are also directed to submit a copy of the proposed verdict form via email to chambers. If the parties cannot

agree, each party should submit its own proposed verdict form in the same manner.

**VII. Exhibit & Witness Lists**

**Not later than four days before trial,** the government shall provide to chambers a copy of all exhibits, an exhibit list, and a witness list. The defendant is encouraged, but not required, to do the same. The exhibits may be delivered in electronic format (*e.g.*, on a thumb drive or disc) instead of hard copies if the parties prefer.

The government shall provide the Court with one original hard copy and two courtesy copies (three total) of all exhibits the morning of the first day of trial. In lieu of providing one original set, the Court may, upon request, permit the government to use individual binders for each witness.

Nothing in this Order shall be construed to impact the deadlines for discovery as set forth in Fed. R. Crim. P. 16 or as otherwise agreed to by the parties, or any of the requirements set forth in 18 U.S.C. § 3500 and Fed. R. Crim. P. 26.2.

**IT IS SO ORDERED.**

/s/ JKW

Jamar K. Walker
United States District Judge

Newport News, Virginia
October 19, 2026