IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:26CR33 |
| | ) | |
| CARL RANDALL UPTON, JR. | ) | |

ORDER

Upon Motion of the United States the INDICTMENT as to the defendant in the above-styled case is hereby DISMISSED without prejudice.

____________________________________
Jamar K. Walker
United States District Judge

November ___, 2026
Norfolk, Virginia

I ask for this:

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: /s/

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Attorney for the United States
United States Attorney's Office
One City Center, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov